UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

January 13, 2009

Linda F. Wright                                    Civil No. 07-758-FJP-DLD

Versus

John E. Potter, Postmaster General
United States Postal Service-Southwest Area

ORDER

CONSIDERING FRCP- FACTS ON RULE 4 (4) Extending Time and RULE 12 (4) Effect of a Motion.

IT IS HEREBY OREDERED THE COURT TO CONTINUE without prejudice.

Baton Rouge, Louisiana this _____ day of _____, 2009.

_____
FRANK J. POLOZOLA
UNITED STATES DISTRICT JUDGE

Ruling

Motion Denied for reasons set forth in the court's opinion. The Court will treat this motion as a motion for a new trial and the motion is denied. Judgment shall be entered accordingly.

_[signature]_
1-14-09